

JaVonne M. Phillips, Esq. SBN 187474
Nancy Lee, Esq. SBN 272035
**McCarthy & Holthus, LLP**
411 Ivy Street
San Diego, CA 92101
Phone (877) 369-6122 Ext. 2761
Fax (619) 685-4811
nlee@mccarthyholthus.com

The following constitutes the order of the Court.
Signed: October 1, 2019

_____
**Charles Novack**
**U.S. Bankruptcy Judge**

Attorneys for U.S. Bank National Association, as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates Series 2006-2

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re:<br><br>Jennifer HyunJoo Kim fdba Koboda Dental fdba Jennifer HyunJoo Kim<br>David Austin Swoboda,<br><br>Debtors. | Case No. 19-41483 CN<br><br>Chapter 7<br><br>RS No. NL-11250<br><br>**ORDER ON MOTION FOR RELIEF FROM AUTOMATIC STAY**<br><br>Date:  9/27/2019<br>Time:  10:00 AM<br>Ctrm:  215<br>Place:  1300 Clay Street<br>          Oakland, CA<br><br>Judge:  Charles Novack |

    The motion of U.S. Bank National Association, as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates Series 2006-2, for relief from the automatic stay came on regularly for hearing by the Court on 9/27/2019 at 10:00 AM and place

1      File No. CA-19-156614 / Case No. 19-41483 CN
Order on Motion for Relief From Stay
Case: 19-41483   Doc# 37   Filed: 10/01/19   Entered: 10/02/19 13:05:45   Page 1 of 4

set forth above, before the Honorable Charles Novack. U.S. Bank National Association, as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates Series 2006-2, appeared by and through its Attorney of Record, McCarthy & Holthus, LLP by Merdaud Jafarnia, Esq.. All other appearances are as noted in the court record.

Upon reading the papers and pleadings on file herein, and upon hearing oral argument and based on the evidence presented, the Court rules as follows:

IT IS HEREBY ORDERED that the automatic stay provisions of 11 U.S.C. § 362 be and are hereby terminated with respect to the interests of U.S. Bank National Association, as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates Series 2006-2, in the real property commonly known as 4719 Sandyford Ct, Dublin, CA 94568.

IT IS FURTHER ORDERED that U.S. Bank National Association, as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates Series 2006-2, may complete its foreclosure of said real property and proceed with post-foreclosure remedies, including any unlawful detainer action, in accordance with applicable law.

IT IS FURTHER ORDERED that U.S. Bank National Association, as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates Series 2006-2, at its option, may offer, provide and enter into any potential forbearance agreement, loan modification, refinance agreement or other loan workout/loss mitigation agreement as allowed by state law. U.S. Bank National Association, as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates Series 2006-2, may contact the Debtor via telephone or written correspondence to offer such an agreement. Any such agreement shall be non-recourse unless included in a reaffirmation agreement that is approved by the court as not imposing an undue hardship on the debtor or a dependent of debtor.

IT IS FURTHER ORDERED that this Order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.

IT IS FURTHER ORDERED that the fourteen day stay described in Bankruptcy Rule 4001(a)(3) is waived upon relief.

2

File No. CA-19-156614 / Case No. 19-41483 CN
Order on Motion for Relief From Stay

Case: 19-41483    Doc# 37    Filed: 10/01/19    Entered: 10/02/19 13:05:45    Page 2 of 4

1   IT IS FURTHER ORDERED that U.S. Bank National Association, as Trustee for Wells
2   Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates Series 2006-2 may
3   contact the Debtor to comply with California Civil Code Section 2923.5. U.S. Bank National
4   Association, as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-Through
5   Certificates Series 2006-2 shall be permitted to communicate with the Debtor(s) and Debtor(s)'
6   counsel to the extent necessary to comply with the applicable nonbankruptcy law.

**\*\* END OF ORDER \*\***

**COURT SERVICE LIST**

NONE